# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRYSTAL SEMEROD, | No. 4:24-CV-1165 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CHIEF RAYMOND SIKO, *et al.*, | |
| Defendant. | |

## ORDER

**OCTOBER 2, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 3) is **GRANTED**;

2. Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff shall file an amended complaint on or before Wednesday, October 16, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge